# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D22-1537
Lower Tribunal No. 21-15598

————————————

**J.R., the Father,**
Petitioner,

vs.

**Department of Children and Families, et al.,**
Respondents.

A Case of Original Jurisdiction – Prohibition.

Law Office of David Scott, P.A., and David M. Scott (Ft. Lauderdale), for petitioner.

Karla Perkins, for the Department of Children and Families; Sara Elizabeth Goldfarb and Laura J. Lee (Tallahassee), for the Guardian ad Litem, for respondents.

Before FERNANDEZ, C.J., and GORDO, and LOBREE, JJ.

PER CURIAM.

J.R., the Father, seeks a writ of prohibition precluding the trial court from presiding in the dependency matter pending below. J.R. wishes to disqualify the trial court based on comments that she made at the conclusion of a hearing regarding a domestic violence injunction. Concluding that expression of the trial court's mental impressions at the conclusion of the hearing did not rise to the level necessary to establish that the trial court has prejudged the case, we deny the petition. In fact, a fair reading of the trial court's comments clearly establish that the trial court has maintained a neutral and unbiased perspective of the issues before her below. See 1440 Plaza, LLC v. New Gala Bldg., LLC, 314 So. 3d 555 (Fla. 3d DCA 2020).